HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
KELVIN PICKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELVIN PICKETT,<br><br>　　　　　Defendant. | NO.   2:22-po-00347-CKD-1<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　December 15, 2022<br>TIME:　  9:30 AM<br>JUDGE:  CAROLYN K. DELANEY |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. ALLISON attorney for KELVIN PICKETT that the Court continue the status conference on December 15, 2022 to January 19, 2023 at 9:30 a.m.

　　　　The reason for the continuance is to provide sufficient time to provide valid proof of vehicle registration. The parties now jointly move to continue the status conference to January 19, 2023 at 9:30 a.m.

Dated:  December 14, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for KELVIN PICKETT

1 | Date: December 14, 2022 PHILLIP A. TALBERT
2 | United States Attorney

3 | /s/ Heiko Coppola
Heiko Coppola
4 | Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the status conference currently set for December 15, 2022 be vacated for the reasons stated above and continued to January 19, 2023 at 9:30 a.m.

Dated:  December 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE